IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Case Number: 3:24-CR-00201-E |
| RUBEN DARIO REYES, JR.         (1)<br>GEORGE DELGADO CASTANEDA  (3)<br>L V WILLIS                              (5) | § § § § § § § | |
| Defendants | § | |

## ORDER ON MOTION FOR CONTINUANCE

Before the Court is Defendant Ruben Dario Reyes, Jr.'s Unopposed Motion for Continuance, filed on **June 16, 2025 [Doc. No. 103]**. The government and co-defendants do not oppose the motion. The Court finds that granting this agreed motion for continuance by Defendant Ruben Dario Reyes, Jr.'s serves the ends of justice. The trial of this case is reset from **August 4, 2025 to October 20, 2025**, **at 9:00 a.m.** This period of delay shall be excluded in computing the time within which the trial must commence. The final pretrial conference is reset for **October 17, 2025 at 9:00 a.m.** Pretrial motions are due no later than **September 2, 2025**. Responses to pretrial motions are due no later than **September 16, 2025**. Any reply must be filed by **September 23, 2025**.

Additionally, this order is based on the Court's findings that: 1) failure to grant the motion for continuance would result in a miscarriage of justice; 2) it is unreasonable to expect adequate pre-trial proceedings or trial within the time limits of the Speedy Trial Act 18 U.S.C. § 3161-3174; 3) failure to grant the motion for continuance would otherwise deny the defendants reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence by

counsel. Further, the Court finds that in the interest of justice, this case shall be tried together with all co-defendants, pursuant to 18 U.S.C. § 3161(h)(6).

This Court allows counsel to conduct the bulk of voir dire. The following must be filed no later than **October 6, 2025**: 1) any specific voir dire questions, counsel wishes to have the Court ask the venire panel; 2) any proposed jury instructions 3) all witness lists (with witnesses designated as "probable witnesses," "possible witnesses," "experts" and "record custodians"); 4) all exhibit lists (with courtesy copies of exhibits furnished to the Court and opposing parties); 5) and any motions in limine.

All other portions of the Court's Original Pre-trial order remain in effect.

**SO ORDERED** on June 20, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS